IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 1:11-MJ-1013-1 |
| ) | 1:12-CR-1-1 |
| COREY THOMAS GALLISDORFER ) | |

**FILED JAN 1 8 2012 IN THIS OFFICE Clerk U.S. District Court Greensboro, NC By:_____**

## ORDER

**IT APPEARING** from the records of this Court that Jeffrey M. Gallisdorfer has heretofore deposited in the Registry Fund of this Court the sum of $5,000.00 to secure the appearance of Corey Thomas Gallisdorfer.

**IT FURTHER APPEARING** that Corey Thomas Gallisdorfer made his appearance in Court as he was bound to do, and that there is no further liability on this bond.

**NOW THEREFORE, IT IS ORDERED** that the said sum of $5,000.00 be returned to Jeffrey M. Gallisdorfer, 116 Jonestown Rd., Winston-Salem, NC 27104.

This the __18th__ day of __January__, 2012.

_____
William L. Osteen, Jr.
United States District Judge

Consented to By: _____
United States Attorney

Date: 1-17-12

On Deposit:        May 16, 2011
$5,000.00          L.P. 1098

_____
Financial Administrator