IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | 1:12CR1-1 |
| v. | : | 1:12CR2-1 |
| | : | |
| COREY THOMAS GALLISDORFER | : | |

MOTION FOR CONTINUANCE OF SENTENCING

NOW COMES the United States of America, by and through Ripley Rand, United States Attorney for the Middle District of North Carolina, and respectfully moves this Honorable Court for a continuance of the sentencing of the above-captioned defendant, COREY THOMAS GALLISDORFER, which is presently scheduled for April 26, 2012, and as reason therefore, the Government states as follows:

    1.   The discovery in these matters was not received for disclosure by the Government until February 23, 2012, and was therefore not disclosed to the probation office until February 23, 2012. Additional discovery in this matter is expected.

    2.   Local criminal rules state that the presentence investigation report, including sentencing guideline computations, shall be completed and disclosed to the parties not less than 35 calendar days before the scheduled sentencing proceeding. LCrR32.2(b). Due to the fact that the Government was not able to disclose discovery to the probation officer earlier and is still awaiting additional discovery, this requirement cannot be met.

3. Counsel for the Defendant has been contacted and has no objection to this motion.

WHEREFORE, the government moves to continue sentencing of the above-named defendant, in order to have sufficient time for preparation of the presentence investigation report.

This the 28th day of February, 2012.

    Respectfully submitted,

    RIPLEY RAND
    UNITED STATES ATTORNEY

    /S/ ANAND P. RAMASWAMY
    Assistant United States Attorney
    NCSB #24991
    United States Attorney's Office
    Middle District of North Carolina
    P.O. Box 1858
    Greensboro, NC  27402
    Phone:  336/333-5351
    E-mail: anand.ramaswamy@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA  :
                          :         1:12CR1-1
         v.               :         1:12CR2-1
                          :
COREY THOMAS GALLISDORFER :

CERTIFICATE OF SERVICE

I hereby certify that on February 28th, 2012, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

David B. Freedman, Esq.

Respectfully submitted,

RIPLEY RAND
UNITED STATES ATTORNEY

/S/ ANAND P. RAMASWAMY
Assistant United States Attorney
NCSB #24991
United States Attorney's Office
Middle District of North Carolina
P.O. Box 1858
Greensboro, NC 27402
Phone: 336/333-5351
E-mail: anand.ramaswamy@usdoj.gov